UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD D. HENRY,                             No. 09-14611

        Plaintiff,                         District Judge Victoria A. Roberts

v.                                           Magistrate Judge R. Steven Whalen

A.D. TRANSPORT COMPANY,

        Defendant.
_____/

# ORDER

For the reasons and under the terms stated on the record on July 22, 2010, Plaintiff's Motion to Compel Discovery [Docket #14] is GRANTED.

With regard to Request for Production of Documents No. 16, Plaintiff's counsel shall be permitted to inspect the personnel files of the 83 employees who took medical leave during the time period 2005 to 2006, as well as any documentation kept outside the personnel files relating to FMLA leaves, for the same time period. This inspection is subject to an "attorney's eyes only" protective order, and neither medical information nor any other personal identification information will be disclosed by Plaintiff's counsel. If, following the inspection, Plaintiff's counsel requests copies of any documents, those documents will be redacted to remove any medical or other personal identification information.

With regard to Interrogatory No. 4, Defendant shall produce a list of every employee who received formal discipline between December, 2004 and December 2007, with a summary description of the reason the discipline was imposed.

IT IS SO ORDERED.

        S/R. Steven Whalen
        R. STEVEN WHALEN
        UNITED STATES MAGISTRATE JUDGE

Dated: July 22, 2010

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on July 22, 2010.

        S/Gina Wilson
        Judicial Assistant